## W. H. Monohan et al., Appellants, v. Aubrey Moorman, Appellee.

(Decided May 10, 1932.)

FAUREST & FAUREST for appellants.

JAMES T BASHAM for appellee.

OPINION OF THE COURT BY JUDGE WILLIS—Affirming.

This is a companion case to Monohan et al. v. Grayson County Supply Company 245 Ky. 781, 49 S. W. (2d) ——, this day decided, and upon the authority of the opinion in that case, and for reason therein stated, the judgment in this case cannot be disturbed.

The judgment is affirmed.